Kevin S. Simon, State Bar No. 168467
Jennifer K. Achtert, State Bar No. 197263
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
OCAT, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>            Plaintiff,<br><br>vs.<br><br>OCAT, INC. dba TACO BELL #022215; PERNG-FEI GOU, TRUSTEE of the GOU LIVING TRUST dated DECEMBER 9, 1988; BINNIE C. GOU, TRUSTEE of the GOU LIVING TRUST dated DECEMBER 9, 1988,<br><br>            Defendants. | CASE NO. 2:10-CV-00887-FCD-CMK<br><br>**JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT OCAT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed:  April 14, 2010<br>Trial Date: TBD |

Plaintiff, Lary Feezor, and Defendant, OCAT, Inc. (identified in the Complaint as "OCAT, Inc. dba Taco Bell #022215"), by their respective counsel, submit their joint and agreed upon stipulation to provide Defendant OCAT with an extension of time of thirty (30) days, until June 24, 2010, to submit its answer or other responsive pleading to Plaintiff's Complaint, and in support of this Stipulation state as follows:

1. On April 14, 2010, Plaintiff filed his Complaint in this matter which contains claims arising under Title III of the Americans With Disabilities Act and California Law.

2. On or about May 5, 2010, Defendant OCAT was served with a copy of the Complaint and summons.  Defendant OCAT has until approximately May 25, 2010, to file its answer or other responsive pleading to the Complaint.

1  3. Defendant OCAT is currently investigating this matter and the requested
2  extension will provide Defendant OCAT with an opportunity to complete its investigation and
3  explore the possibility of settlement.

4  4. This stipulation is not being submitted for the purpose of undue delay or for any
5  improper purpose and, again, will provide the parties an opportunity to explore the possibility
6  of an early settlement.  In addition, this stipulation will not impact any existing scheduling
7  dates.

8  WHEREFORE, Plaintiff, Lary Feezor, and Defendant, OCAT, Inc., respectfully submit
9  their stipulation providing Defendant OCAT with an extension of time until June 24, 2010, to
10 submit its answer or other responsive pleading to Plaintiff's Complaint.

11 Date:  May 21, 2010

| By: /s/ Lynn Hubbard, III (as authorized 5/21/10) | By: /s/   Jennifer K. Achtert /s/ |
|---|---|
| Lynn Hubbard, III (SBN 69773) | Jennifer K. Achtert, State Bar No. 197263 |
| Scott Lynn Hubbard, IV (SBN 212970) | FISHER & PHILLIPS LLP |
| Disabled Advocacy Group, APLC | One Embarcadero Center Place |
| 12 Williamsburg Lane | Suite 2340 |
| Chico, CA 95926 | San Francisco, California 94111 |
| Telephone:  (530) 895-3252 | Telephone:  (415) 490-9000 |
| Facsimile: (530) 894-8244 | Facsimile:   (415) 490-9001 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Lary Feezor | OCAT, Inc. |

## ORDER

This matter having come before the Court on the parties' **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT OCAT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, Defendant OCAT, Inc. shall have until June 24, 2010, to submit its answer or other responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED:  May 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE