1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  JENNIFER K. ACHTERT, SBN 197263
   FISHER & PHILLIPS LLP
7  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111
8  Telephone: (415) 490-9000
   Facsimile: (415) 490-9001
9
   Attorneys for Defendant
10 OCAT, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 LARY FEEZOR,                          Case No. 2:10-cv-00887-FCD-CMK

16       Plaintiff,

17 v.                                    JOINT STIPULATION FOR DISMISSAL
                                         and ORDER THEREON
18 OCAT, INC., et al.,

19       Defendants.
                                    /
20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal and Order                  *Feezor v. OCAT, Inc., et al.*
                                    - 1 -          Case No. 2:10-cv-00887-FCD-CMK

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, OCAT, INC. dba TACO BELL #022215 (who answered the complaint as OCAT, Inc.), stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 27, 2010         DISABLED ADVOCACY GROUP, APLC

                              */s/ Lynn Hubbard III*
                              LYNN HUBBARD III
                              Attorney for Plaintiff Lary Feezor

Dated: September 24, 2010         FISHER & PHILLIPS LLP

                              */s/ Jennifer K. Achtert*
                              JENNIFER K. ACHTERT
                              Attorney for Defendant OCAT, Inc.

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00887-FCD-CMK, is hereby dismissed with prejudice.

Dated: September 27, 2010

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE